UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Julie A. Su, Acting Secretary of Labor, | Case No. 24-CV-00099 (JRT/TNL) |
| Plaintiff, | |
| v. | L.R. 5.6(d)(1)(A)(II) STATEMENT |
| BCBSM, INC., d/b/a Blue Cross and Blue Shield of Minnesota, | |
| Defendant. | |

I, Kevin P. Hickey, counsel for Defendant BCBSM, Inc., d/b/a Blue Cross and Blue Shield of Minnesota, state that the following Exhibits were Filed Under Temporary Seal, in their entirety, as *Confidential*:

| | |
|---|---|
| **Doc. No. 14-1** | **Exhibit 1** to the Declaration of Doreen A. Mohs in Support of Defendant's Motion for Summary Judgment. (Doc. Nos. 9, 13.) |
| **Doc. No. 14-2** | **Exhibit 4** to the Declaration of Doreen A. Mohs in Support of Defendant's Motion for Summary Judgment. (Doc. Nos. 9, 13.) |
| **Doc. No. 14-3** | **Exhibit 5** to the Declaration of Doreen A. Mohs in Support of Defendant's Motion for Summary Judgment. (Doc. Nos. 9, 13.) |

~SIGNATURE PAGE FOLLOWS~

                        Respectfully submitted,

                        **BASSFORD REMELE**
                        *A Professional Association*

Dated: March 18, 2024        By:  */s/ Kevin P. Hickey*
                                      Kevin P. Hickey (#202484)
                                      Danielle W. Fitzsimmons (#391130)
                                      Peggah Navab (#402767)
                                      100 South Fifth Street, Suite 1500
                                      Minneapolis, MN  55402
                                      Telephone: (612) 333-3000
                                      khickey@bassford.com
                                      dfitzsimmons@bassford.com
                                      pnavab@bassford.com

                        and

                        Anthony F. Shelley (*Admitted Pro Hac Vice*)
                        **MILLER & CHEVALIER CHARTERED**
                        900 16th Street NW
                        Black Lives Matter Plaza
                        Washington, DC 20006
                        Telephone:  (202) 626-5800
                        ashelley@milchev.com

                        ***Attorneys for BCBSM, INC., d/b/a Blue Cross and Blue Shield of Minnesota***