# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| JULIE A. SU, Acting Secretary of Labor, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 24-00099-JRT-TNL |
| | ) | |
| BCBSM, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## STIPULATION TO EXTEND BRIEFING SCHEDULE

On January 12, 2024, Plaintiff Julie A. Su, Acting Secretary of Labor (the "Secretary"), filed a complaint under the Employee Retirement Income Security Act of 1974 ("ERISA") against Defendant BCBSM, Inc. ("BCBSM"). *See* ECF No. 1. On March 18, 2024, BCBSM filed a motion to dismiss. *See* ECF No. 9. Under the Local Rules, the Secretary's response is due on or before April 8, 2024. *See* Local Rule 7.1(c)(2).

The parties have agreed, with the concurrence of the Court, to enlarge the current briefing schedule in connection with BCBSM's motion to dismiss. The parties stipulate and agree to adjust the briefing schedule as follows: the Secretary's response in opposition may be filed on or before April 15, 2024. BCBSM's reply may be filed on or before May 6, 2024.

Based on the parties' stipulation to adjust the current briefing schedule, they request that the Court extend the Secretary's response deadline to and including April 15, 2024, and extend BCBSM's reply deadline to and including May 6, 2024.

Respectfully submitted,


/s/Kevin P. Hickey
KEVIN P. HICKEY (#202484)
Bassford Remele
100 S. Fifth St., Ste. 1500
Minneapolis, MN 55402
612-333-3000
khickey@bassford.com

SEEMA NANDA
Solicitor of Labor

WAYNE R. BERRY
Associate Solicitor
Plan Benefits Security Division

/s/Geoffrey Forney
GEOFFREY FORNEY
Trial Attorney
PA 202870; ME 006734; NJ 036232006

United States Department of Labor
200 Constitution Ave. NW, N-4611
Washington, DC 20210
202-615-8315/ forney.geoffrey.d@dol.gov