UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MINNESOTA

| | |
|---|---|
| JULIE A. SU, Acting Secretary of Labor,<br><br>    Plaintiff,<br><br>v.<br><br>BCBSM, INC.,<br><br>    Defendant. | Civil No. 24-00099-JRT-TNL |

**[PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE**

The above matter is before the Court upon the parties' stipulation to extend the briefing schedule in connection with Defendant BCBSM, Inc.'s motion to dismiss. Based on the parties' stipulation to extend the deadlines for the Acting Secretary of Labor's response and BCBSM, Inc.'s reply,

IT IS HEREBY ORDERED:

1. The Acting Secretary of Labor's response shall be filed on or before April 15, 2024.

2. BCBSM, Inc.'s reply shall be filed on or before May 6, 2024.

Dated: _____                    _____
                                          Honorable John R. Tunheim
                                          United States District Court