## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Julie A. Su, Acting Secretary of Labor,<br><br>Plaintiff,<br><br>v.<br><br>BCBSM, Inc., doing business as<br>Blue Cross and Blue Shield of Minnesota,<br><br>Defendant. | No. 24-cv-99 (JRT/DLM)<br><br>**AMENDED PRETRIAL SCHEDULING ORDER** |

The parties in this matter filed a stipulation (Doc. 69), agreeing to amend the current Pretrial Scheduling Order (Doc. 62) to extend the deadlines as follows:

1. The parties must commence fact discovery procedures in time to be completed on or before **February 6, 2026**.

2. Disclosure of the identities of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B) (accompanied by the written report prepared and signed by the expert witness) and the full disclosures required by Rule 26(a)(2)(C), shall be made as follows:

    a. Identities and disclosures by Plaintiff on or before **March 6, 2026**. Rebuttal identities and disclosures on or before **July 10, 2026**.

    b. Identities and disclosures by Defendant on or before **April 3, 2026**. Rebuttal identities and disclosures on or before **June 5, 2026**.

3. Expert discovery, including depositions, shall be completed by **September 4, 2026**.

4. All non-dispositive motions and supporting documents, including those relating to fact discovery, shall be served and filed on or before **February 6, 2026**.

5. All non-dispositive motions and supporting documents relating to expert discovery shall be served and filed on or before **September 4, 2026**.

6. All dispositive motions and supporting documentation (notice of motion, motion, exhibits, affidavits, memorandum of law, and proposed order) shall be served and filed by the moving party on or before **November 6, 2026**.

7. This case will be ready for trial on or about **February 2, 2027**.

All other deadlines and provisions of the Pretrial Scheduling Order (Doc. 62) remain in effect.

Date:  April 11, 2025                                *s/Douglas L. Micko*
                                                                                  DOUGLAS L. MICKO
                                                                                 United States Magistrate Judge